# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SPEECH FIRST, INC., *Plaintiff*, <br><br> v. <br><br> RENU KHATOR, *et al.*, *Defendants*. | Case No. 4:22-cv-582 |

## [PROPOSED] ORDER

Before the Court is Plaintiff's motion for a preliminary injunction, filed February 28, 2022. Having considered the motion, opposition, case file, and applicable law,

**IT IS ORDERED** that Plaintiff's motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants are enjoined during the pendency of this action from taking any action to enforce the prohibition on "harassment" in University of Houston System Administrative Memorandum 01.D.07.

SIGNED this _____ day of _____, 20____.

_____
Hon. Lynn N. Hughes
U.S. District Judge