UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Speech First, Inc., | § | United States District Court<br>Southern District of Texas<br>**ENTERED**<br>March 02, 2022<br>Nathan Ochsner, Clerk |
| Plaintiff, | § | |
| versus | § | Civil Action H-22-582 |
| Renu Khator, *et al.*, | § | |
| Defendants. | § | |

## Order to Report

1. By April 1, 2022, Renu Khator, *et al.*, must respond to Speech First's preliminary injunction. The response must include documents from the evolution of the University of Houston's anti-harassment policies. This includes drafts, revisions, rejected proposals, and similar material.

2. By April 15, 2022, Speech First Inc., must reply.

Signed on March 2, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge