IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SPEECH FIRST, INC., <br> *Plaintiff*, <br> <br> v. <br> <br> RENU KHATOR, et al., <br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:22-cv-00582 |

**[PROPOSED] ORDER DENYING PLAINTIFF SPEECH FIRST'S
MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is Plaintiff's motion for a preliminary injunction, filed February 28, 2022. Having considered the motion, opposition, case file, and applicable law,

**IT IS ORDERED** that Plaintiff's motion is **DENIED.**

SIGNED this _____ day of _____, 20____.

_____
Hon. Lynn N. Hughes
United States District Judge