IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SPEECH FIRST, INC.,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Civil Action No. 4:22-cv-00582** |
| | § | |
| **RENU KHATOR, et al.,** | § | |
| *Defendants.* | § | |

## UNOPPOSED MOTION TO STAY OBLIGATION
## TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The parties respectfully request that the Court stay the time for the Defendants to answer or otherwise respond to Plaintiff Speech First, Inc.'s Complaint until ten (10) days after Plaintiff's pending Motion for a Preliminary Injunction ("Motion") has been resolved.

1. Plaintiff filed its Complaint on February 23, 2022 and its Motion on February 28, 2022. The Complaint and Motion raise the same constitutional challenges to policies and programs of the University of Houston system.

2. Defendants filed their opposition to Plaintiff's Motion on April 1, 2022.

3. The current deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is May 16, 2022.

4. In the interest of efficiency, the parties respectfully request that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint be stayed until ten (10) days after Plaintiff's Motion is resolved, including the resolution of any appeals by either party from this Court's ruling on the Motion.

5. Defendants' counsel have conferred with Plaintiff's counsel, and the parties jointly agree to this requested relief.

Respectfully submitted,

By: /s/ Brian D. Melton

Brian D. Melton (Texas 24010620)
Daniel Wilson (Texas 24070859)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
bmelton@susmangodfrey.com

## CERTIFICATE OF SERVICE

I certify that on April 22, 2022, I electronically filed the foregoing and accompanying attachments with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification to all counsel of record.

By: /s/ Brian D. Melton