UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 28, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Speech First, Inc., § § § Plaintiff, § § versus § § Renu Khator, *et al.*, § § § Defendants. § | Civil Action H-22-582 |

## Order to Stay

Renu Khator's deadline to respond to Speech First, Inc., is stayed until May 27, 2022. (21)

Signed on April 27, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge