# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SPEECH FIRST, INC.,<br>*Plaintiff*,<br>v.<br>RENU KHATOR, *et al.*,<br>*Defendants*. | Case No. 4:22-cv-582 |

## JOINT MOTION FOR CONTINUANCE

The parties respectfully request that the Court continue the parties' initial pre-trial conference until June 24, 2022, so that the conference is held after Defendants answer or otherwise respond to Speech First's complaint.

1. Plaintiff filed its complaint on February 23, 2022, and its motion for a preliminary injunction on February 28. Dkts. 1, 3.

2. This Court held a preliminary hearing on Plaintiff's motion on March 2.

3. Defendants filed their opposition to Plaintiff's motion on April 1, Dkt. 18, and Plaintiff filed its reply on April 15, Dkt. 19.

4. On April 22, Defendants filed an unopposed motion to extend the time to answer or otherwise respond to the complaint until ten days after Plaintiff's motion for a preliminary injunction is resolved. Dkt. 21.

5. On April 27, the court granted Defendants' motion in part, extending Defendants' deadline to respond to the complaint until May 27. Dkt 22.

6. The parties' initial pre-trial conference is currently scheduled for May 16, eleven days before Defendants' answer is due. *See* Dkt. 2.

7. In the interests of efficiency, the parties respectfully request that the initial pre-trial conference be continued until Defendants answer or otherwise respond to Plaintiff's complaint. This will ensure that Plaintiff is fully informed about Defendants' positions and defenses and that the parties are best prepared to answer the Court's questions during the conference.

8. Plaintiff contacted the Court's case manager about this request, who advised Plaintiff that the Court had availability on June 24 to hold the pre-trial conference. Both parties are available to appear on that date.

For the foregoing reasons, the parties respectfully request that the Court grant the parties' motion to continue the initial pre-trial conference until June 24, 2022.

Dated: May 10, 2022

Respectfully submitted,

*/s/ J. Michael Connolly*
J. Michael Connolly (*pro hac vice*)
Cameron T. Norris (*pro hac vice*)
James F. Hasson (TX Bar No. 24109982)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com

*Counsel for Plaintiff Speech First, Inc.*

*/s/ Brian D. Melton*

Brian D. Melton (TX Bar No. 24010620)
Daniel Wilson (TX Bar No. 24070859)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
bmelton@susmangodfrey.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification to all counsel of record.

*/s/ J. Michael Connolly*