United States District Court     Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
May 10, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Speech First, Inc., | § | |
|            Plaintiff, | § | |
| versus | § | Civil Action H-22-582 |
| Renu Khator, et al., | § | |
|            Defendants. | § | |

## Order on Continuance

1. Renu Khator filed an *unopposed* motion to stay the response deadline. Now, the parties seek to continue the conference to give Khator time to respond to the complaint. The Court stayed the deadline at the parties' request. It cannot conveniently change position one week before a conference is scheduled.

2. The motion to continue is denied. (23)

Signed on May __10__, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge