## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Matar   ☐ Troutman |
| DATE | 05/16/2022 |
| TIME | 10:34 a.m. — 11:10 a.m. |
| CIVIL ACTION | 22 CV 582 |
| STYLE | Speech First, Inc. *versus* Renu Khator et al |

DOCKET ENTRY

☑ Conference  ☐ Hearing  Day ____  ☐ Bench  ☐ Jury Trial   Reporter: Alcaraz

James Hasson, Mike Connolly         for  Speech First
Dona Cornell and Daniel Wilson      for  Renu Khator
_____     for  _____
_____     for  _____

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____
☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Internal review set: _____
☐ Rulings rendered on: _____

09-2020