UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 10, 2022
Nathan Ochsner, Clerk

Speech First, Inc., §
§
       Plaintiff, §
§
versus §      Civil Action H-22-582
§
Renu Khator, et al., §
§
       Defendants. §

## Conditional Dismissal

1. Having been advised that the parties have settled, the case is dismissed with prejudice. (31)

2. By June 24, 2022, the parties may move for reinstatement.

3. The court retains the jurisdiction to enforce the settlement.

Signed on June 10, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge